IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROBERT B. EVELEIGH,
MARGARET M. EVELEIGH,
and CARL B. EVELEIGH, as
named trustees of the William C.
Eveleigh Family Trust,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5165

        Appellants,

v.

WILLIAM C. EVELEIGH,

        Appellee.

_____/

Opinion filed December 7, 2017.

An appeal from the Circuit Court for Duval County.
Peter L. Dearing, Judge.

Edmond E. Koester, Alex R. Figares, and Caroline Marisa Magliolo of Coleman, Yavanovich & Koester, P.A., Naples, and Louis D. D'Agostino and Maria Vigilante of Cheffy Passidomo, P.A., Naples, for Appellants.

Jack J. Aiello, John P. Cole, Jason P. Van Lenten, and Lauren V. Purdy of Gunster, Yoakley & Stewart, P.A., West Palm Beach, and Robert Goldman and Jon Scuderi of Goldman Felcoski & Stone, P.A., Naples, and for Appellee.

PER CURIAM.

        Appellee's amended motion to dismiss is granted. This appeal is hereby dismissed for lack of jurisdiction.

RAY, WINOKUR, and JAY, JJ., CONCUR.